[No. 23526-5-I. Division One. August 13, 1990.]

KEITH MILTON RHINEHART, ET AL, *Appellants*, v.
THE SEATTLE TIMES, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-02460-4, James J. Dore, J., entered January 9, 1989. *Remanded* by unpublished opinion per Grosse, A.C.J., concurred in by Pekelis and Baker, JJ.

[No. 23034-4-I. Division One. August 13, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYFORD J.
MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-00525-3, Arthur E. Piehler, J., entered September 22, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Swanson, J.

[No. 23284-3-I. Division One. August 13, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
MAURICE SPELLMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-03856-9, Herbert M. Stephens, J., entered November 21, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis and Baker, JJ.